UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Mag. No. 1:13-mj-27 |
| AMANDA K. WRIGHT | ) |

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing was held in this action on February 8, 2013. Those present at the hearing included:

(1) AUSA Scott Winne for the United States of America.
(2) The defendant, AMANDA K. WRIGHT.
(3) Attorney Sam Robinson for defendant.
(4) ATF Task Force Officer Craig Frost.
(5) Deputy Clerk Kelli Jones.

Upon being sworn, the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

The defendant acknowledged she had received a copy of the Criminal Complaint. It was determined defendant was able to understand these proceedings.

A detention hearing was set for Monday, February 11, 2013, at 3:00 pm but a preliminary hearing was held.

### Preliminary Hearing - Proof

AUSA Winne called ATF TFO Craig Frost as a witness. He testified to the facts outlined in the affidavit attached to the criminal complaint.

### Findings

Having heard and considered the testimony of the TFO Frost during the preliminary hearing and the sworn Affidavit/Complaint, the undersigned finds:

(1) There is probable cause to believe that there has been violations of 21 U.S.C. § 841(a)(1), 841(b)(1)(B), 843(a)(6), and 846, conspiracy to manufacture and distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of

methamphetamine; and possession of chemicals, product, material, and equipment which may be used to manufacture methamphetamine while knowing and having reasonable cause to believe that such chemical, product, material and equipment would be used to manufacture methamphetamine, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

## Conclusions

It is therefore ORDERED:

(1) The defendant is held to answer the charges against her in the District Court.

(2) The defendant's next appearance shall be before the undersigned U.S. Magistrate Judge at **3:00 pm on Monday, February 11, 2013,** and an arraignment is scheduled before a U.S. Magistrate Judge at **2:00 p.m. on Wednesday, February 27, 2013.**

ENTER.

S/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE